UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MIGUEL COCA, et al.,

        Plaintiffs,

v.

CITY OF DODGE CITY, et al.,

        Defendants.

Case No. 6:22-cv-01274-EFM-RES

**EXHIBIT LIST FOR PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT WITNESS RUBÉN MARTINEZ**

Exhibit A: Deposition Transcript of Dr. Rubén Martinez, Excerpted

Dated: October 13, 2023                    Respectfully submitted,

By: /s/ Sharon Brett

| | |
|---|---|
| Chad W. Dunn* | Sharon Brett   KS 28696 |
| Sonni Waknin* | Kunyu Ching   KS 29807 |
| Bernadette Reyes* | **AMERICAN CIVIL** |
| **UCLA VOTING RIGHTS PROJECT** | **LIBERTIES UNION OF KANSAS** |
| 3250 Public Affairs Building | 10561 Barkley Street |
| Los Angeles, CA 90065 | Suite 500 |
| chad@uclavrp.org | Overland Park, KS 66212 |
| sonni@uclavrp.org | sbrett@aclukansas.org |
| bernadette@uclavrp.org | kching@aclukansas.org |
| 310-400-6019 | 913-490-4100 |
| | |
| Jonathan Topaz* | Abena Mainoo* |
| Sophia Lin Lakin* | Jonathan I. Blackman* |
| **AMERICAN CIVIL** | JD Colavecchio* |
| **LIBERTIES UNION, INC.** | Mijin Kang* |
| 125 Broad Street, 18th Floor | Elizabeth R. Baggott* |
| New York, NY 10004 | **CLEARY GOTTLIEB STEEN &** |
| jtopaz@aclu.org | **HAMILTON LLP** |
| slakin@aclu.org | One Liberty Plaza |
| 212-549-2500 | New York, NY 10006 |
| | amainoo@cgsh.com |
| Scott Fuqua* | jblackman@cgsh.com |
| **FUQUA LAW & POLICY, P.C.** | jdcolavecchio@cgsh.com |
| P.O. Box 32015 | mkang@cgsh.com |
| Santa Fe, NM 87594 | ebaggott@cgsh.com |
| scott@fuqualawpolicy.com | 212-225-2000 |
| 505-982-0961 | |

*Attorneys for Plaintiffs*

* Admitted Pro Hac Vice

## CERTIFICATE OF SERVICE

Pursuant to D. Kans. Loc. R. 5.1(f), I hereby certify that on this 13th day of October 2023, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

| | |
|---|---|
| FOULSTON SIEFKIN LLP<br>Anthony F. Rupp, KS #11590<br>Tara Eberline, KS #22576<br>Sarah E. Stula, KS #27156<br>7500 College Boulevard, Suite 1400<br>Overland Park, Kansas 66210<br>(913) 498-2100<br>(913) 498-2101 (fax)<br>trupp@foulston.com<br>teberline@foulston.com<br>sstula@foulston.com | FOULSTON SIEFKIN, LLP<br>Clayton Kaiser, KS #24066<br>1551 North Waterfront Parkway, Suite 100<br>Wichita, Kansas 67206<br>(316) 267-6371<br>(316) 267-6345 (fax)<br>ckaiser@foulston.com |

By: */s/ Sharon Brett*
Sharon Brett   KS 28696
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
913-490-4100

3