# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

|  |  |  |
|---|---|---|
| MIGUEL COCA and ALEJANDRO RANGEL-LOPEZ, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 6:22-cv-01274-EFM-RES |
| vs. | ) ) ) | |
| CITY OF DODGE CITY, *et al.* | ) ) ) | |
| Defendants. | ) ) | |

## DEFENDANTS' JOINT FINAL EXHIBIT DISCLOSURES FOR TRIAL

Defendants, by the undersigned counsel, hereby make the following joint disclosures of exhibits for trial pursuant to Fed. R. Civ. P. 26(a), as follows:

| EX # | DESCRIPTION |
|---|---|
| 401 | 1971-03-29 Dodge City Charter Ordinance 7 (DODGE_CITY_0000042) |
| 402 | 1971-03-29 Dodge City Minutes re Ordinance 7 (DODGE_CITY_0000047) |
| 403 | 2000-2021 Ford County Election Results (DODGE_CITY_0000003-27) |
| 404 | 2002-08-11 DeLaRosa Immigrant Journey (DODGE_CITY_0002455-2484) |
| 405 | 2015-02-16 DeLaRosa Memo re Resolution 2015-2 (Rosa Ex 22) |
| 406 | 2015-02-16 Dodge City Resolution No 2015-2 (Hernandez Ex 2006) |
| 407 | 2016-05-02 Dodge City Ordinance 3626 (DODGE_CITY_0000035) |
| 408 | 2016-05-02 Dodge City Ordinance 3627 (DODGE_CITY_0000037) |
| 409 | 2016-11-08 Free Ride to Vote (DODGE_CITY_0000392) |
| 410 | 2017-11-14 Statement of Votes Cast in Ford Co (Bejarano Ex 97; FC_004294) |
| 411 | 2018-10-09 City of Dodge City Facebook Post - Free Ride to Vote (DODGE_CITY_0002117) |
| 412 | 2018-10-23 City of Dodge City Facebook Post - Election Issues (DODGE_CITY_0002147) |
| 413 | 2018-10-23 City of Dodge City Facebook Post - Letter from Mayor (DODGE_CITY_0002114-2115) |
| 414 | 2018-10-24 City of Dodge City Facebook Post - Free Ride to Vote (DODGE_CITY_0002112) |
| 415 | 2018-10-27 Tieben email to Ralph fw Cox email re change in polling location requirements and accessibility checklist – attached (DODGE_CITY_0001627-1648) |

| 416 | 2018-10-29 Dodge City press release re relocation of polling place (Rosa Ex 19; DODGE_CITY_0003688-89) |
|---|---|
| 417 | 2018-10-29 McCoy email re Dodge City Polling Place Press Release with attachments (DODGE_CITY_0001649-1656) |
| 418 | 2018-10-29 McCoy email re Mayor Smoll letter with attachments (DODGE_CITY_0001657-1664) |
| 419 | 2018-11-01 Hastings email re Transportation form (DODGE_CITY_0000531-533) |
| 420 | 2018-11-03 Stoecke email to Rocking M Radio et al attaching Press Release (DODGE_CITY_0000204-206) |
| 421 | 2018-11-05 Tieben email to Sowers et al with attachment re City Commission Update November 3-9 (DODGE_CITY_0001741-1743) |
| 422 | 2018-11-06 Free Ride to Vote (DODGE_CITY_0012543) |
| 423 | 2018-11-06 Free Ride to Vote-Spanish (DODGE_CITY_0012544) |
| 424 | 2019-01-07 Tieben email to Sowers et al with attachment re Commission Update (DODGE_CITY_0001764-1765) |
| 425 | 2019-02-26 Tieben-Scoggins email re agenda item (DODGE_CITY_0001778-1779) |
| 426 | 2019-03-04 Dodge City Meeting Minutes re elections (Hernandez Ex 2013; DODGE_CITY_0002013-2015) |
| 427 | 2019-03-06 Smith email to Pogue re law student research (DODGE_CITY_0012781-12782) |
| 428 | 2019-03-19 DeLaRosa email re report on ACLU March Meeting (Rosa Ex 20; DODGE_CITY_0001781) |
| 429 | 2019-04-15 Dodge City Meeting Minutes re elections (Hernandez Ex 2016; DODGE_CITY_0002016-2017) |
| 430 | 2019-10 Register to Vote Reminder (DODGE_CITY_0012567) |
| 431 | 2019-11 Reminder to Vote (DODGE_CITY_0012568) |
| 432 | 2019-11-15 DeLaRosa email to Cox and Tieben (DODGE_CITY_0000272-273) |
| 433 | 2019-11-27 Screenshot-Dodge City thriving thanks to immigrants (Coca Ex 12; PLS_000046) |
| 434 | 2019-12-12 Rangel-Lopez post re proud of Dodge City (Rangel-Lopez Ex 3; PLS 000049) |
| 435 | 2020 Reminder to Vote (DODGE_CITY_0012570) |
| 436 | 2020-06-19 DeLaRosa email to Hernandez re election help (Hernandez Ex 602; DODGE_CITY_0000602-603) |
| 437 | 2020-10-30 DeLaRosa email re Weekly Update (DODGE_CITY_0002702-2703) |
| 438 | 2020-11-02 City of Dodge City Facebook Post - Election Day (DODGE_CITY_0002159) |
| 439 | 2021 Reminder to Vote (DODGE_CITY_0012582) |
| 440 | 2021-01-15 Martin email re Special Commission Appointment Applicants |

| | |
|---|---|
| | (DODGE_CITY_0011314-11315) |
| 441 | 2021-02-01 City Commission Work Session Minutes (DODGE_CITY_0004576) |
| 442 | 2021-02-01 Dodge City Community Newsletter (DODGE_CITY_0000057-58) |
| 443 | 2021-09-02 DeLaRosa-Hernandez email re election workers (DODGE_CITY_0001048-1049) |
| 444 | 2021-11-01 City of Dodge City Facebook Post - Vote Early (DODGE_CITY_0002149) |
| 445 | 2022 Reminder to Vote (DODGE_CITY_0012585) |
| 446 | 2022 Reminder to Vote (DODGE_CITY_0012602) |
| 447 | 2022 Strategic Plan (Rangel-Lopez Ex 9) |
| 448 | 2022-03-09 DeLaRosa email re UW lunch & Dodge City Strategic Plan (DODGE_CITY_0002277-2298) |
| 449 | 2022-06-30 DeLaRosa email re data report and school demographics with attachments (DODGE_CITY_0002863-2875) |
| 450 | 2022-07-26 Rangel-Lopez post re internship with Dodge City (Rangel-Lopez Ex 4; PLS_000050) |
| 451 | 2022-08-02 City of Dodge City Facebook Post - Vote (DODGE_CITY_0002154) |
| 452 | 2022-08-02 DeLaRosa email to Pyle re Elections-GO VOTE (DODGE_CITY_0002398-2406) |
| 453 | 2022-12-16 DeLaRosa email re election wards research (Rosa Exs 27-28; DODGE CITY 0004356-4359) |
| 454 | 2022-12-16 McCoy email to Brewster re updated election information (DODGE_CITY_0003637-3641) |
| 455 | 2023-01-04 Arjon email to McCoy with attachments re CRAB Recap (DODGE_CITY_0003000-3046) |
| 456 | 2023-05 Cultural Relations Advisory Board Information (DODGE_CITY_0015298-15324) |
| 457 | 2023 Dodge City Cultural Relations Advisory Board (Rosa Ex 29) |
| 458 | Dodge City Civic Engagement Efforts (Rangel-Lopez Ex 8) |
| 459 | Free Ride to Vote (DODGE_CITY_0002119) |
| 460 | Map of Dodge City Voting Precincts (DODGE_CITY_0012605) |
| 461 | https://statisticalatlas.com/place/Kansas/Dodge-City/Race-and-Ethnicity |
| 462 | https://justicemap.org |
| 463 | 2023-06-29 Jonathan Katz Expert Report |
| 464 | Jonathan Katz CV |
| 465 | Katz Tables 1-5 from Expert Report |
| 466 | 2023-06-30 Kimberly Nelson Expert Report |
| 467 | Kimberly Nelson CV |

3

| 468 | Nelson Tables 1-4 from Expert Report |
|---|---|
| 469 | 2023-06-30 Michael Smith Expert Report |
| 470 | Michael Smith CV |
| 471 | Smith Tables 1-2 from Expert Report |
| 472 | Smith Appendix A from Expert Report – Vote 2021 |
| 473 | 2023 Sean Trende Supplemental Expert Report |
| 474 | Sean Trende CV |
| 475 | Trende Tables from Expert Report |
| 476 | Ecological Inference Article (Barreto Ex 73) |
| 477 | 2007 Ecological Inference Article (Barreto Ex 74) |
| 478 | 2008 Vote Choice Article (Barreto Ex 75) |
| 479 | Cross Level Ecological Inference Article (Barreto Ex 76) |
| 480 | Limits of Ecologic Inference Article (Barreto Ex 77) |
| 481 | Method for Showing Racially Polarized Voting Article (Barreto Ex 78) |
| 482 | Effect of Districts on Latino Turnout Article (Barreto Ex 79) |
| 483 | Ethnic Cues Book by Barreto (Barreto Ex 82) |
| 484 | The Tea Party Book by Barreto (Barreto Ex 83) |
| 485 | The Latino Gender Gap Book (Bejarano Ex 87) |
| 486 | Shared Identities Article (Bejarano Ex 88) |
| 487 | Linked Fate and Political Representation Article (Bejarano Ex 89) |
| 488 | Latino Politics in America Book (Bejarano Ex 91) |
| 489 | 2018 The Politics of Latino Education Article (Bejarano Ex 98) |
| 490 | Effects of Single-Member vs At-Large Districts on City Council Diversity Article (Bejarano Ex 99; also Martinez Ex 49) |
| 491 | The Latina Advantage Book (Bejarano Ex 100) |
| 492 | At-Large Elections and Minority Representation in Local Government Article (Bejarano Ex 101) |
| 493 | The Post-Election Color of Representation Article (Bejarano Ex 102) |
| 494 | Differential Influence on Political Participation Article (Bejarano Ex 103) |
| 495 | 2017 Dodge City Ethnicity in Schools (Bejarano Ex 104) |
| 496 | 2022 Kansas Report Card for Dodge City Schools (Bejarano Ex 105) |
| 497 | Bejarano Voter Lookup - Denton County, TX Elections |

| 498 | Bejarano KS SoS VoterView Search |
|---|---|
| 499 | 2020-04-28 Trump Executive Order 13917 - Meatpacking plants |
| 500 | 2020-05-05 USDA ltr to Stakeholders re Executive Order 13917 |
| 501 | Cowboy Code of Conduct article (Martinez Ex 43) |
| 502 | Gene Autry's Cowboy Code (Martinez Ex 44) |
| 503 | 1906-1956 Dodge City's Mexican Village article (Martinez Ex 45) |
| 504 | 1980-11 Impact of At-Large Elections article (Martinez Ex 48) |
| 505 | MIT At Large Elections article (Martinez Ex 50) |
| 506 | 2021-04-30 LWV Statement on Redistricting (Oskooii Ex 37) |
| 507 | 2023 Dodge City and Ford County Retail & Business Development Guide (Oskooii Ex 38) |
| 508 | Information regarding Cities in Kansas and Form of Government (Pogue Ex 5; Dodge_City_3628-3630) |
| *509 | New Frontiers Project – Report on At-Large Districts in Southwest Kansas (Rangel-Lopez Ex 2; PLS_000002-20) |
| 510 | 2020-06-23 DeLaRosa email re Dodge City Statement on Diversity, Acceptance and Tolerance (Rangel-Lopez Ex 5; PLS_000141) |
| *511 | Transcript of Town Hall Meeting relating to the New Frontiers Report (Rangel-Lopez Ex 6; PLS_000190-194) |
| 512 | Spring 2022 Draft of Dodge City Welcoming Plan (Rangel-Lopez Ex 7; PLS_000202-206) |
| 513 | 2022 APSA Ethics Guide |
| 514 | 2023-05-23 Colavecchio email to counsel re Barreto docs |
| 514a | Barreto's Tidygeocoder-WRU-eiCompare.R file, attached to Colavecchio 5-23-23 email |
| 515 | 2023-07-21 Errata Sheet to Michael Smith's Expert Witness Report |
| 516 | 2023-07-26 Michael Smith R code memo |
| 517 | 2023-11-07 Dodge City General Election Results |
|  | Demonstrative Exhibits |
|  | Exhibits necessary for impeachment or rebuttal |
|  | Exhibits listed by plaintiff |
|  | Exhibits marked during portions of any designated deposition testimony |

*Defendants object to the New Frontiers' Report listed by Plaintiffs, however, if this report is admitted into evidence as part of Plaintiffs case, Defendants will offer Exhibits 509 and 511, through their designated deposition testimony of Alejandro Rangel-Lopez. If this evidence is excluded, defendants will not offer Exhibits 509 or 511.

Respectfully submitted,

**FOULSTON SIEFKIN LLP**

By: */s/ Tara Eberline*
   Anthony F. Rupp, KS #11590
   Tara Eberline, KS #22576
   Sarah E. Stula, KS #27156
   7500 College Boulevard, Suite 1400
   Overland Park, Kansas  66210
   T (913) 498-2100 | F (913) 498-2101
   trupp@foulston.com
   teberline@foulston.com
   sstula@foulston.com

   - and-

   Clayton J. Kaiser, KS #24066
   FOULSTON SIEFKIN, LLP
   1551 North Waterfront Parkway, Suite 100
   Wichita, Kansas 67206
   T (316) 267-6371 | F (316) 267-6345
   ckaiser@foulston.com

   ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Tara Eberline*
Tara S. Eberline

6