UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MIGUEL COCA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF DODGE CITY, <br><br> Defendants. | Case No. 6:22-cv-01274-EFM-RES |

**PLAINTIFFS' RESPONSE TO DEFENDANT'S BENCH BRIEF
REGARDING EXHIBIT 136**

Plaintiffs respectfully submit this Response to Defendant's Bench Brief (Doc. 189) regarding Plaintiffs' Exhibit 136. Defendant argues the inadmissibility of the exhibit without Plaintiffs first having the opportunity to lay a foundation. For the reasons below, after appropriate expert foundation is laid, the Court should admit the exhibit.

Plaintiffs' expert Dr. Matthew Barreto can and will provide sufficient foundation to establish the reliability of the RPV Near Me estimates to confirm his own extensive investigation. Dr. Barreto will testify that he has inspected the methodology behind RPV Near Me and personally employed the same software packages in his analysis. He will also testify to his confidence in the methodology employed by the experts at Harvard University who created the RPV Near Me website. Defendant will have ample opportunity to cross-examine Dr. Barreto as to the reliability of RPV Near Me and the reasons he has relied upon it as confirmation of the 140 models of analysis he has personally performed.

When accompanied by appropriate expert testimony, courts have regularly relied upon web sources to validate that expert testimony. *Marten Transp., Ltd. v. Plattform Advert., Inc.*, 184 F. Supp. 3d 1006, 1009–10 (D. Kan. 2016) (admitting screenshots from publicly available Wayback

Machine website in support of expert testimony, and finding it reasonable to rely on that source); *Jordan v. Town of Fairmount Heights*, No. 8:22-cv-02680-AAQ, 2024 U.S. Dist. LEXIS 31023, at *16–18 (D. Md. Feb. 21, 2024) (holding that expert witness could reasonably rely on news articles and other online sources as the factual basis for his expert opinion on police practices and procedures); *Turtle Mountain Band of Chippewa Indians v. Howe*, No. 3:22-CV-22, 2023 WL 9595359, at *2–3 (D.N.D. June 9, 2023) (admitting maps created using publicly available Dave's Redistricting App website, and finding that website's reliability goes to weight as opposed to admissibility); *Allen v. Hylands Inc.*, No. CV 12-1150 DMG (MANx), 2015 U.S. Dist. LEXIS 186799, at *16 (C.D. Cal. Aug. 20, 2015) (allowing defendant's medical expert to rely on consumer reports from a website in forming his opinion on product effectiveness, where the statement was presented as the expert's own opinion).

The Court should allow Dr. Barreto—an expert upon whom scores of courts have relied—an opportunity to explain to the Court why, in his expert opinion, he finds the RPV Near Me resource reliable as confirmation of the results from his own extensive and independent analyses.

## CONCLUSION

For the foregoing reasons, Defendant's objections to Exhibits 136 should be overruled.

Dated: February 26, 2024

Chad W. Dunn*
Sonni Waknin*
Bernadette Reyes*
**UCLA VOTING RIGHTS PROJECT**
3250 Public Affairs Building
Los Angeles, CA 90065
chad@uclavrp.org
sonni@uclavrp.org
bernadette@uclavrp.org
310-400-6019

Scott Fuqua*
**FUQUA LAW & POLICY, P.C.**
P.O. Box 32015
Santa Fe, NM 87594
scott@fuqualawpolicy.com
505-982-0961

Respectfully submitted,

By: *s/ Kunyu Ching*
Sharon Brett KS 28696
Kunyu Ching KS 29807
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
sbrett@aclukansas.org
kching@aclukansas.org
913-490-4100

Abena Mainoo*
Jonathan I. Blackman*
Mijin Kang*
Katherine MacAdam*
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
amainoo@cgsh.com
jblackman@cgsh.com
mkang@cgsh.com
kmacadam@cgsh.com
212-225-2000

Jonathan Topaz*
Sophia Lin Lakin*
Victoria Ochoa*
**AMERICAN CIVIL LIBERTIES UNION, INC.**
125 Broad Street, 18th Floor
New York, NY 10004
jtopaz@aclu.org
slakin@aclu.org
vochoa@aclu.org
212-549-2500

*Attorneys for Plaintiffs*

\* Admitted Pro Hac Vice

3

## CERTIFICATE OF SERVICE

Pursuant to D. Kan. R. 5.1(f), I hereby certify that on this 26th day of February 2024, a true and correct copy of the foregoing was served via the United State District Court's CM/ECF system on all parties or persons requiring notice, including upon attorneys for defendants:

FOULSTON SIEFKIN LLP
Anthony F. Rupp, KS #11590
Tara Eberline, KS #22576
Sarah E. Stula, KS #27156
7500 College Boulevard, Suite 1400
Overland Park, Kansas 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com
sstula@foulston.com

FOULSTON SIEFKIN, LLP
Clayton Kaiser, KS #24066
Samuel Walenz, KS #29114
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas 67206
(316) 267-6371
(316) 267-6345 (fax)
ckaiser@foulston.com
swalenz@foulston.com

By: *s/ Kunyu Ching*
Kunyu Ching KS 29807
**AMERICAN CIVIL LIBERTIES UNION OF KANSAS**
10561 Barkley Street
Suite 500
Overland Park, KS 66212
kching@aclukansas.org
913-490-4100

3

[AM_ACTIVE 405346033_24]